Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

SEPTEMBER 10, 2003

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY LEE PARSON, <br><br> Defendant. | CR03 0379 P <br><br> INDICTMENT <br><br> 03-CR-00379-INDI |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

**(Intentionally Causing and Attempting to Cause Damage to a Protected Computer)**

Beginning in or about August 2003, and continuing until the present, within the Western District of Washington, and elsewhere, JEFFREY LEE PARSON knowingly caused and attempted to cause the transmission of a program, information, code, and command, that is, an Internet worm and packets of data sent in the form of a distributed denial of service attack, and as a result of that conduct, intentionally caused and attempted to cause damage, without authorization, to protected computers, that is, computers of Microsoft Corporation and other computers throughout the world that were used in interstate or foreign commerce or communication, causing an aggregate loss to Microsoft Corporation and other persons of at least $5,000 in value during a one-year period.

//

//

INDICTMENT/JEFFREY LEE PARSON — 1

1  All in violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i),
2  1030(a)(5)(B)(i), 1030(b), and 1030(c)(4)(A), and Section 2.

A TRUE BILL

DATED: 9/10/2003

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
FLOYD G. SHORT
Assistant United States Attorney

_____
ANNETTE L. HAYES
Assistant United States Attorney

INDICTMENT/JEFFREY LEE PARSON — 2